# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: <br><br> The Diocese of Duluth, <br><br> Debtor. | Bankruptcy Case No. 15-50792 (RJK) <br><br> Chapter 11 |
| Diocese of Duluth, <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY MUTUAL GROUP, a Massachusetts corporation; CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA, a Nebraska corporation; FIREMAN'S FUND INSURANCE COMPANY, a California corporation; CHURCH MUTUAL INSURANCE COMPANY, a Wisconsin corporation and THE CONTINENTAL INSURANCE COMPANY, an Illinois corporation, <br><br> Defendants. | Adversary Proceeding No.: 16-05012 |

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICES AND SERVICE OF PAPERS

The undersigned hereby gives notice pursuant to Fed. R. Bankr. P. 9010(b) that Jeanne H. Unger is appearing in the above-captioned adversary case on behalf of The Continental Insurance Company.

Pursuant to Fed. R. Bankr. P. 2002(g), all notices and all other papers served or filed in this case, including, but not limited to, pleadings, motions, applications, orders, and financial and other reports, should be served upon:

Jeanne H. Unger
**BASSFORD REMELE, P.A.**
33 South Sixth Street, Suite 3800
Minneapolis, MN  55402
Telephone: (612) 333-3000
Facsimile: (612) 333-8829
Email: junger@bassford.com

This request for notice is intended, without limitation, to constitute such request for service as is required by Fed. R. Bankr. P. 2002(i) and 3017(a), and a request for court-designated service as set forth in Fed. R. Bankr. P. 3019, 3020(b)(1), 4001(a)(1), 6006(c), 9007, 9013, and 9019, and to receive CM/ECF notifications in this case.

This request for notice does not constitute consent of the requesting party to the jurisdiction of the Bankruptcy Court or a waiver of any other rights, claims, actions, defenses, setoffs, or recoupments, at law or in equity, to which the requesting party may be entitled, all of which rights, claims, actions, defenses, setoffs, or recoupments are hereby expressly reserved.

Respectfully submitted,

**BASSFORD REMELE**
*A Professional Association*

Dated: December 19, 2016      By: */e/  Jeanne H. Unger*
Jeanne H. Unger (MN #131404)
33 South Sixth Street, Suite 3800
Minneapolis, MN  55402
junger@bassford.com
Telephone: (612) 333-3000
Facsimile: (612) 333-8829
*Attorneys for The Continental Insurance Company*