# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Bankruptcy Case No.: 15-50792 |
| Diocese of Duluth, | Chapter 11 |
| Debtor-in-Possession. | |

| | |
|---|---|
| Diocese of Duluth, | |
| Plaintiff, | |
| v. | Adversary Proceeding No.: 16-05012 |
| LIBERTY MUTUAL GROUP, a Massachusetts Corporation; CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA, a Nebraska corporation; FIREMAN'S FUND INSURANCE COMPANY, a California corporation; CHURCH MUTUAL INSURANCE COMPANY, a Wisconsin corporation and THE CONTINENTAL INSURANCE COMPANY, an Illinois corporation, | |
| Defendants. | |

## PLAINTIFF'S ANSWER TO COUNTERCLAIM OF FIREMAN'S FUND INSURANCE COMPANY

Plaintiff Diocese of Duluth answers the Counterclaim of Fireman's Fund Insurance Company ("FFIC") seeking declaratory relief (the "Counterclaim") as follows:

1.  Paragraph 1 purports to incorporate and reallege paragraphs 1-39 of FFIC's Answer to the Diocese's First Amended Complaint and, as such no response is required. To the extent a response is required, the Diocese admits only the allegations pled in the Diocese's First Amended Complaint, which are incorporated and realleged herein, and otherwise denies FFIC's

responses that purport to deny or otherwise do not admit the allegations in the Diocese's First Amended Complaint.

2.  This paragraph states a legal conclusion, to which no response is required or necessary. To the extent that a response is required, the Diocese refers to documents including but not limited to information regarding insurance policies for which FFIC is responsible, the pleadings in the actions alleged against the Diocese, which must be reviewed in their entirety for the precise allegations against the Diocese, and otherwise denies paragraph 2.

3.  The Diocese denies paragraph 3.

The paragraphs following paragraph 3 constitute FFIC's prayer for relief and jury demand, to which no response is required or necessary. To the extent a response is required, the Diocese denies that FFIC is entitled to relief it is seeking.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

FFIC's Counterclaim (and each cause of action asserted therein) fails to state a claim upon which relief can be granted.

### Second Affirmative Defense

FFIC's Counterclaim (and each cause of action asserted therein) is barred, in whole or in part, by the doctrine of waiver, estoppel, quasi-estoppel, unclean hands, and/or laches.

### Third Affirmative Defense

FFIC's Counterclaim (and each cause of action asserted therein) may be barred, in whole or in part, by the doctrines of *res judicata* and/or issue preclusion.

200947.00001/104723176v.2

**Fourth Affirmative Defense**

The Diocese reserves the rights to assert other affirmative defenses and places FFIC on notice that the Diocese may amend this Answer to State any further and additional defenses that come to light in the future.

**JURY DEMAND**

The Diocese demands a trial by jury on issues so triable raised in the Counterclaim.

WHEREFORE, the Diocese denies that FFIC is entitled to any relief whatsoever; prays for judgment that FFIC take nothing and that the counterclaim be dismissed with prejudice, with costs and disbursements to the Diocese; and prays for all attorneys' fees incurred in the defense of FFIC's Counterclaim against the Diocese.

Dated: January 9, 2017

Respectfully submitted,
**BLANK ROME LLP**

By: /s/ *James R. Murray*
James R. Murray (admitted *pro hac vice*)
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-3409
Facsimile: (202) 420-2201
jmurray@blankrome.com

Jared Zola (admitted *pro hac vice*)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: (212) 885-5209
Facsimile: (917) 591-8538
jzola@blankrome.com

-and-

**GRAY PLANT MOOTY
MOOTY & BENNETT, P.A.**

By: /s/ *Phillip L. Kunkel*
Phillip L. Kunkel (#058981)
1010 West Germain Street, Suite 500
Saint Cloud, MN 56301
Telephone: (320) 202-5335
Facsimile: (320) 252-4482
Phillip.kunkel@gpmlaw.com

*Counsel for Diocese of Duluth*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Bankruptcy Case No.: 15-50792 |
| Diocese of Duluth, | Chapter 11 |
|     Debtor-in-Possession. | |

Diocese of Duluth,

    Plaintiff,

                                         Adversary Proceeding No.: 16-05012

v.

LIBERTY MUTUAL GROUP, a Massachusetts
corporation; CATHOLIC MUTUAL RELIEF SOCIETY
OF AMERICA, a Nebraska corporation; FIREMAN'S FUND
INSURANCE COMPANY, a California corporation;
CHURCH MUTUAL INSURANCE COMPANY,
a Wisconsin corporation and THE CONTINENTAL
INSURANCE COMPANY, an Illinois corporation,

    Defendants.

### CERTIFICATE OF SERVICE

    I, Abigail M. McGibbon, hereby certify that on the 9th day of January 2017, I caused a true and correct copy of the foregoing *Plaintiff's Answer to Counterclaim of Fireman's Fund Insurance Company* to be served on the following parties in the manner indicated below.

<u>VIA US Mail</u>
**Catholic Mutual Relief Society of America**
Everett J. Cygal
SCHIFF HARDIN LLP
233 South Wacker Drive
Suite 600
Chicago, IL 60606
ecygal@shiffhardin.com

<u>VIA US Mail</u>
**Fireman's Fund Insurance Company**
Charles E. Jones
MOSS & BARNETT
150 South Fifth Street
Suite 1200
Minneapolis, MN 55402
Charles.jones@lawmoss.com

<u>VIA CM/ECF</u>
**The Diocese of Duluth**
BLANK ROME LLP
James R. Murray
1825 Eye Street NW
Washington, DC 20006
Jmurray@blankrome.com

<u>VIA CM/ECF</u>
**The Diocese of Duluth**
BLANK ROME LLP
Jared Zola
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
jzola@blankrome.com

<u>VIA US Mail</u>
**The Continental Insurance Company**
Laura McNally
LOEB & LOEB LLP
2321 North Clark Street
Suite 2300
Chicago, IL 60654
 lmcnally@loeb.com

<u>VIA US Mail</u>
**Church Mutual Insurance Company**
Christian A. Preus
BASSFORD REMELE, P.A.
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402
cpreus@bassford.com

<u>VIA CM/ECF</u>
**The Continental Insurance Company**
Jeanne H. Unger
BASSFORD REMELE, P.A.
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402
junger@bassford.com

<u>VIA CM/ECF</u>
**Liberty Mutual Insurance Company**
Nancy D. Adams
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
nadams@mintz.com

<u>VIA CM/ECF</u>
**Liberty Mutual Insurance Company**
Kristi K. Brownson
Brownson and Brownson & Linnihan, PLLP
225 South Sixth Street, Suite 4800
Minneapolis, MN 55402
kbrownson@brownsonlinnihan.com

| | |
|---|---|
| Dated: January 9, 2016 | /s/ Abigail M. McGibbon_____ |
| | Abigail M. McGibbon (#393263) |
| | 80 South 8th Street, STE 500 |
| | Minneapolis, MN 55402 |
| | Telephone: 612-632-3009 |
| | Fax: 612-632-4009 |
| | Abigail.mcgibbon@gpmlaw.com |