UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | BKY 15-50792 |
| Diocese of Duluth | Chapter 11 |
| Debtor. | |

| | |
|---|---|
| Diocese of Duluth, | ADV 16-5012 |
| Plaintiff, | |
| v. | |
| LIBERTY MUTUAL GROUP, a Massachusetts corporation; CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA, a Nebraska corporation; FIREMAN'S FUND INSURANCE COMPANY, a California corporation; CHURCH MUTUAL INSURANCE COMPANY, a Wisconsin corporation and THE CONTINENTAL INSURANCE COMPANY, an Illinois corporation, | |
| Defendants. | |

## ORDER DENYING MOTION TO TRANSFER

This proceeding is before the court on the amended motion of Liberty Mutual Group, Fireman's Fund Insurance Company, and The Continental Insurance Company to transfer this adversary proceeding to the district court.

Based on the motion and file,

IT IS ORDERED:

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/12/2017*
Lori Vosejpka, Clerk, by LH

The amended motion is "denied."

Dated:  January 12, 2017

/e/ Robert J. Kressel

United States Bankruptcy Judge

3444292v1