# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br><br>Diocese of Duluth,<br><br>    Debtor-in-Possession. | Bankruptcy Case No.: 15-50792<br><br>Chapter 11 |
| Diocese of Duluth,<br><br>    Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL GROUP, a Massachusetts Corporation; CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA, a Nebraska corporation; FIREMAN'S FUND INSURANCE COMPANY, a California corporation; CHURCH MUTUAL INSURANCE COMPANY, a Wisconsin corporation and THE CONTINENTAL INSURANCE COMPANY, an Illinois corporation,<br><br>    Defendants. | Adversary Proceeding No.: 16-05012 |

### NOTICE OF CONTINUED HEARING ON DEBTOR'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE NUMBER OF OCCURRENCES

TO:   THE DEFENDANTS AND OTHER ENTITIES SPECIFIED IN LOCAL RULE 9013-3.

   1.   PLEASE TAKE NOTICE that the hearing on the Debtor's above-captioned motion for partial summary judgment is continued until **Thursday, February 9, 2017 at 10:00 a.m.** The hearing will be held in Courtroom 8 West, United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415.

2. Any response to the relief sought at the hearing must be filed and served no later than Friday, February 3, 2017, which is five days before the time set for the hearing (including Saturdays, Sundays and holidays). **UNLESS RESPONSES OPPOSING THE MOTION ARE TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.**

Dated: New York, New York
January 12, 2017

Respectfully submitted,

**BLANK ROME LLP**

By: /s/ *James R. Murray*
James R. Murray (admitted *pro hac vice*)
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-3409
Facsimile: (202) 420-2201
jmurray@blankrome.com

Jared Zola (admitted *pro hac vice*)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: (212) 885-5209
Facsimile: (917) 591-8538
jzola@blankrome.com

-and-

**GRAY PLANT MOOTY
MOOTY & BENNETT, P.A.**

By: /s/ *Phillip L. Kunkel*
Phillip L. Kunkel (#058981)
Abigail M. McGibbon (#0393263)
1010 West Germain Street, Suite 500
Saint Cloud, MN 56301
Telephone: (320) 202-5335
Facsimile: (320) 252-4482
Phillip.kunkel@gpmlaw.com
abigail.mcgibbon@gpmlaw.com

*Counsel for the Diocese of Duluth*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Bankruptcy Case No.: 15-50792 |
| Diocese of Duluth, | Chapter 11 |
| Debtor-in-Possession. | |

Diocese of Duluth,

      Plaintiff,

                                       Adversary Proceeding No.: 16-05012

v.

LIBERTY MUTUAL GROUP, a Massachusetts corporation; CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA, a Nebraska corporation; FIREMAN'S FUND INSURANCE COMPANY, a California corporation; CHURCH MUTUAL INSURANCE COMPANY, a Wisconsin corporation and THE CONTINENTAL INSURANCE COMPANY, an Illinois corporation,

      Defendants.

**CERTIFICATE OF SERVICE**

I, Abigail M. McGibbon, hereby certify that on the 12th day of January 2017, I caused a true and correct copy of the foregoing *Notice of Continued Hearing on Debtor's Motion for Partial Summary Judgment On The Number Of Occurrences* to be served on the following parties in the manner indicated below.

VIA US Mail
**Catholic Mutual Relief Society of America**
Everett J. Cygal
SCHIFF HARDIN LLP
233 South Wacker Drive
Suite 600
Chicago, IL 60606
ecygal@shiffhardin.com

VIA CM/ECF
**Catholic Mutual Relief Society of America**
Christopher J. Knapp
BARNES & THORNBURG LLP
225 S 6th Street
STE 2800 Minneapolis, MN 55402
Chirstopher.knapp@btlaw.com

VIA US Mail
**Fireman's Fund Insurance Company**
Charles E. Jones
MOSS & BARNETT
150 South Fifth Street
Suite 1200
Minneapolis, MN 55402
Charles.jones@lawmoss.com

VIA CM/ECF
**The Diocese of Duluth**
BLANK ROME LLP
James R. Murray
1825 Eye Street NW
Washington, DC 20006
Jmurray@blankrome.com

VIA CM/ECF
**The Diocese of Duluth**
BLANK ROME LLP
Jared Zola
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

VIA US Mail
**The Continental Insurance Company**
Laura McNally
LOEB & LOEB LLP
2321 North Clark Street
Suite 2300
Chicago, IL 60654
 lmcnally@loeb.com

VIA CM/ECF
**The Diocese of Duluth**
ELSAESSER JARZABEK ANDERSON
ELLIOTT & MACDONALD, CHTD
Bruce A. Anderson
320 East Neider Ave., Suite 102
Coeur d'Alene, ID 83815
baafiling@ejame.com
brucea@ejame.com

VIA US Mail
**Church Mutual Insurance Company**
Christian A. Preus
BASSFORD REMELE, P.A.
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402
cpreus@bassford.com

VIA CM/ECF
**The Continental Insurance Company**
BASSFORD REMELE, P.A.
Jeanne H. Unger
Jeffrey D. Klobucar
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402
junger@bassford.com
jklobucar@bassford.com

VIA CM/ECF
**Liberty Mutual Insurance Company**
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
Nancy D. Adams
One Financial Center
Boston, Massachusetts 02111

| | |
|---|---|
| jzola@blankrome.com | nadams@mintz.com |
| | |
| VIA CM/ECF | VIA CM/ECF |
| **Liberty Mutual Insurance Company** | **The Diocese of Duluth** |
| BROWNSON AND BROWNSON & LINNIHAN, PLLP | ELSAESSER JARZABEK ANDERSON ELLIOTT & MACDONALD, CHTD |
| Kristi K. Brownson | J. Ford Elsaesser |
| 225 South Sixth Street, Suite 4800 | 123 South Third Avenue, Suite 24 |
| Minneapolis, MN 55402 | Sandpoint, ID 83864 |
| kbrownson@brownsonlinnihan.com | ford@ejame.com |

Dated: January 12, 2016                    /s/ Abigail M. McGibbon_____
                                           Abigail M. McGibbon (#393263)
                                           80 South 8th Street, STE 500
                                           Minneapolis, MN 55402
                                           Telephone: 612-632-3009
                                           Fax: 612-632-4009
                                           Abigail.mcgibbon@gpmlaw.com