UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Diocese of Duluth,

        Debtor.                  BKY 15-50792

-----------------------------

Diocese of Duluth,                 ADV 16-5012

        Plaintiff,

v.                                      **ORDER**

Liberty Mutual Group, a
Massachusetts corporation;
Catholic Mutual Relief
Society of America, a
Nebraska corporation;
Fireman's Fund Insurance
Company, a California
corporation; Church Mutual
Insurance Company, a
Wisconsin corporation and
The Continental Insurance
Company, an Illinois
corporation,

        Defendants.

The Continental Insurance
Company, Fireman's Fund
Insurance Company, Liberty
Mutual Group, Inc.,

      Counter-Claimants,

v.

Diocese of Duluth,

     Counter-Defendant.

The Continental Insurance
Company,

     Cross-Claimant,

v.

Catholic Mutual Relief
Society of America,

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 02/16/2017
Lori Vosejpka, Clerk, by LH

Church Mutual Insurance
Company, Fireman's Fund
Insurance Company, Liberty
Mutual Group, Inc.,

    Cross-Defendants.

---

At Duluth, Minnesota, February 16, 2017.

    This proceeding is before the court on the expedited motion of Liberty Mutual Insurance Company to stay this adversary proceeding pending a ruling by the district court on the amended motion to withdraw reference.

    Based on the motion and the file,

    IT IS ORDERED: The motion is denied.

                                       /e/ Robert J. Kressel
                                       ROBERT J. KRESSEL
                                       UNITED STATES BANKRUPTCY JUDGE